**Order filed, June 13, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00149-CR
NO. 14-13-00150-CR
NO. 14-13-00156-CR

_____

**LARRLYON DESHUN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCR-054995A, 11-DCR-056930A,**
**10-DCR-054992A**

---

**ORDER**

The reporter's record in this case was due **March 26, 2013**. _See_ Tex. R. App. P. 35.1. On **April 02, 2013**, this court issued an order for the court reporter to file the record within 30 days. On **May 08, 2013**, this court granted the court reporters request for extension of time to file the record until **June 03, 2013**.

To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **on or before July 15, 2013 with no further extensions**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Elizabeth Wittu** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM